No. 58052.—Humphrey & MacGregor (Acrow, Inc.) *v.* United States, protest 173170–K (Tampa).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of building shores the same in all material respects as those involved in Abstract 57727, the claim of the plaintiff was sustained.